UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| SELVIN A.,<br><br>Petitioner,<br><br>v.<br><br>PAMELA BONDI, Attorney General of the United States; KRISTI NOEM, Secretary of the United States Department of Homeland Security; DAVID EASTERWOOD, Acting Director, St. Paul Field Office, U.S. Immigration and Customs Enforcement; TODD M. LYONS, Acting Director of the United States Immigration and Customs Enforcement; and JOSEPH B. EDLOW, Director, U.S. Immigration and Customs Enforcement,<br><br>Respondents. | Case No. 26-CV-0837 (PJS/JFD)<br><br>ORDER |

---

Bryan Plaster, BERGER MONTAGUE PC, for petitioner.

Jesus Cruz Rodriguez, UNITED STATES ATTORNEY'S OFFICE, for respondents.

This matter is before the Court on petitioner Selvin H.'s petition for a writ of habeas corpus.[1] Selvin, a citizen of Honduras, was lawfully admitted to the United States as a refugee on May 30, 2023. V. Pet. ¶¶ 1, 5. On January 29, 2026, Selvin was

---

[1]Pursuant to this District's policy in immigration cases, the Court identifies petitioner only by first name and last initial.

detained by Immigration and Customs Enforcement ("ICE"). *Id.* ¶ 1. Selvin filed this action the same day, alleging, among other things, that his arrest and detention violated a temporary restraining order ("TRO") entered by Judge Tunheim on behalf of a putative class of refugees. *Id.* ¶¶ 57–61; *see U.H.A. v. Bondi*, No. 26-417 (JRT/DLM), 2026 WL 222226, at *13 (D. Minn. Jan. 28, 2026). On the evening of January 29, 2026, Selvin was released. ECF Nos. 5–6.

Respondents contend that this action is now moot. Selvin, however, requests a 14-day stay to await the outcome of further proceedings in *U.H.A.*, in which respondents are seeking to dissolve the TRO. The Court sees no harm in a temporary stay and, as Selvin requests, will order the parties to provide a status report on February 18, 2026, identifying further developments in *U.H.A.* and the parties' respective views on whether a ruling on Selvin's habeas petition at that time is appropriate.

ORDER

Based on the foregoing, and on all of the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT:

1. This matter is STAYED until February 18, 2026.

2. On February 18, 2026, the parties must file a status report identifying further developments in the *U.H.A.* case and the parties' respective views

on whether ruling on petitioner's habeas petition at that time is appropriate.

Dated: February 4, 2026

/s/ Patrick J. Schiltz
Patrick J. Schiltz, Chief Judge
United States District Court